William C. Wilson, SBN: 149683
bwilson@wilsongetty.com
Kim S. Cruz, SBN: 177406
kcruz@wilsongetty.com
Ryan G. Canavan, SBN: 313990
rcanavan@wilsongetty.com
Evan J. Topol, SBN: 274932
etopol@wilsongetty.com
WILSON GETTY LLP
12555 High Bluff Drive, Suite 270
San Diego, California 92130
Telephone:    858.847.3237
Facsimile:    858.847.3365

Attorneys for Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER (erroneously sued and served as REDWOOD SPRINGS HEALTHCARE CENTER and SPRUCE HOLDINGS, LLC)

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA STERLING, individually and as Successor in Interest to the Estate of Esther Soliz, deceased; SYLVIA JONES; and LOUIS SOLIZ,<br><br>Plaintiffs,<br><br>vs.<br><br>REDWOOD SPRINGS HEALTHCARE CENTER; SPRUCE HOLDINGS, LLC; RICHARD SOLIZ (PURSUANT TO CCP §382); THERESA RUSSELL (PURSUANT TO CCP §382); ANGELA HERNANDEZ (PURSUANT TO CCP §382) and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 1:21−CV−00872−NONE−SKO<br><br>[Removal from Superior Court of California, County of Tulare Case No. VCU286688]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>United States Magistrate Judge:  Sheila K. Oberto |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant, SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER ("Redwood Springs") and Plaintiffs, MONICA STERLING, individually and as Successor in Interest to the Estate of Esther Soliz, deceased; SYLVIA JONES; and LOUIS SOLIZ ("Plaintiffs"),

hereby stipulate pursuant to Local Rule 144 to extend the time for Defendant to respond to Plaintiffs' Complaint as follows:

1. Defendant, SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER was served with the Complaint on April 30, 2021.

2. On June 1, 2021, Defendant timely removed the action to this Court pursuant to 28 U.S.C. §§ 1331, 1442, 1442, and 1446.

3. Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, Defendant's response to the Complaint, including a Motion to Dismiss pursuant to Federal Rule of Civil Procedure Rule 12(b)(6) and Motion to Strike pursuant to Federal Rule of Civil Procedure 12(f), is currently due on June 8, 2021.

4. Defendant intends to file a Motion to Dismiss pursuant to Federal Rule of Civil Procedure Rule 12(b)(6) and Motion to Strike pursuant to Federal Rule of Civil Procedure 12(f) in response to Plaintiffs' Complaint. Plaintiffs intend to file a Motion to Remand by July 1, 2021.

5. In the interests of judicial economy and to preserve the resources of the parties and the Court, the parties hereby agree and stipulate that the Court should hear and rule on Plaintiffs' Motion to Remand before Defendant files and the Court rules on Defendant's intended Motion to Dismiss and Motion to Strike.

6. The parties therefore agree and stipulate that Defendants time to answer or otherwise respond to the Complaint shall be extended and the response due ten days following the Court's issuance of its ruling on Plaintiffs' Motion to Remand. In the alternative, the parties agree and stipulate to extend the response date to November 30, 2021, should the Court prefer to Order a continuance to a date certain.

7. There have been no prior requests or stipulations for an extension of time for Defendant to file a response or motion in response to Plaintiffs' Complaint.

8. At this time, the only date set by the Court is the Mandatory Scheduling Conference, which is set for August 24, 2021.

9. The parties acknowledge that in entering this stipulation Plaintiffs in no way accede to this Court's subject matter jurisdiction or waive any arguments that can or will be brought in support of a motion for remand.

Dated: June 4, 20221      BARADAT & PABOOJIAN, INC.

By:    /s/ Kim S. Cruz
       Warren R Paboojian,
       Jason S. Bell
       Stephanie Borchers

Attorneys for Plaintiffs MONICA STERLING, individually and as Successor in Interest to the Estate of Esther Soliz, deceased; SYLVIA JONES; and LOUIS SOLIZ

Dated: June 4, 2021      WILSON GETTY LLP

By:    /s/ Kim S. Cruz
       William C. Wilson
       Kim S. Cruz
       Ryan G. Canavan
       Evan J. Topol

Attorneys for Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER (erroneously sued and served as REDWOOD SPRINGS HEALTHCARE CENTER and SPRUCE HOLDINGS, LLC)