**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONICA STERLING, individually and as Successor in Interest to the Estate of Esther Soliz, deceased; SYLVIA JONES; and LOUIS SOLIZ,<br><br>Plaintiffs,<br><br>vs.<br><br>REDWOOD SPRINGS HEALTHCARE CENTER; SPRUCE HOLDINGS, LLC; RICHARD SOLIZ (PURSUANT TO CCP §382); THERESA RUSSELL (PURSUANT TO CCP §382); ANGELA HERNANDEZ (PURSUANT TO CCP §382) and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 1:21−CV−00872−NONE−SKO<br><br>[Removal from Superior Court of California, County of Tulare Case No. VCU286688]<br><br>**[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>United States Magistrate Judge:  Sheila K. Oberto |

Pursuant to the Stipulation between Defendant, SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER ("Redwood Springs") and Plaintiffs, MONICA STERLING, individually and as Successor in Interest to the Estate of Esther Soliz, deceased; SYLVIA JONES; and LOUIS SOLIZ,to extend the time for Defendant to respond to Plaintiffs' Complaint, the Court hereby Orders as follows:

In the interests of judicial economy and to preserve the resources of the parties and the Court, Defendant, SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER's ("Redwood Springs"), time to answer or otherwise respond to the complaint shall be extended from

-2-

1  the current due date of June 8, 2021, to ten days following the Court's issuance of its ruling on
2  Plaintiff's proposed Motion to Remand which is to be filed by July 1, 2021, [or in the alternative to
3  November 30, 2021].
4
5  Date: June __, 2021
6
7  _____
   Sheila K. Oberto
   United States Magistrate Judge