# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA STERLING, individually and as Successor in Interest to the Estate of Esther Soliz, deceased; SYLVIA JONES; and LOUIS SOLIZ,<br><br>Plaintiffs,<br><br>v.<br><br>REDWOOD SPRINGS HEALTHCARE CENTER; SPRUCE HOLDINGS, LLC; RICHARD SOLIZ (PURSUANT TO CCP §382); THERESA RUSSELL (PURSUANT TO CCP §382); ANGELA HERNANDEZ (PURSUANT TO CCP §382) and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 1:21−CV−00872−NONE−SKO<br><br>[Removal from Superior Court of California, County of Tulare Case No. VCU286688]<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>(Doc. 4)<br><br>United States Magistrate Judge: Sheila K. Oberto |

On June 4, 2021, Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER ("Redwood Springs") and Plaintiffs MONICA STERLING, SYLVIA JONES, and LOUIS SOLIZ (collectively, "Plaintiffs") filed a Stipulation to Extend Time to Respond to Complaint (the "Stipulation"). (Doc. 4.) The Stipulation indicates that Plaintiffs intend to file a Motion to Remand by July 1, 2021, and the parties request that Redwood Springs' time to answer or otherwise respond to the complaint be extended to either ten days following the Court's ruling on the Motion to Remand or to November 30, 2021. (*Id.*)

Pursuant to the parties' Stipulation, and for good cause shown, IT IS HEREBY ORDERED that Defendant Redwood Springs' time to answer or otherwise respond to the complaint shall be extended to November 30, 2021.  The Scheduling Conference, currently set for August 24, 2021, is CONTINUED to January 20, 2022, at 9:30 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.  The parties shall file their joint scheduling report by no later than January 13, 2022.

IT IS SO ORDERED.

Dated: **June 8, 2021**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE