1. Warren R. Paboojian, No. 128462
   wrp@bplaw-inc.com
2. Jason S. Bell, No. 213234
   jsb@bplaw-inc.com
3. BARADAT & PABOOJIAN, INC.
   720 West Alluvial Avenue
4. Fresno, California 93711
   Telephone: (559) 431-5366
5. Facsimile: (559) 431-1702

6. Attorneys for Plaintiffs
   MONICA STERLING, individually
7. and as Successor in Interest to the
   Estate of Esther Soliz, deceased;
8. SYLVIA JONES; and LOUIS SOLIZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA STERLING, individually and as Successor in Interest to the Estate of Esther Soliz, deceased; SYLVIA JONES; and LOUIS SOLIZ, <br><br>   Plaintiffs, <br><br>   vs. <br><br> REDWOOD SPRINGS HEALTHCARE CENTER; SPRUCE HOLDINGS, LLC; RICHARD SOLIZ (PURSUANT TO CCP §382); THERESA RUSSELL (PURSUANT TO CCP §382); ANGELA HERNANDEZ (PURSUANT TO CCP §382) and DOES 1 to 50, inclusive, <br><br>   Defendants. | Case No. 1:21-cv-00872-NONE-SKO <br><br> **NOTICE OF MOTION TO REMAND** <br><br> <u>**HEARING:**</u> <br><br> **DATE**: August 5, 2021 <br> **TIME**: 9:30 a.m. <br> **COURTROOM**: 4 |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that on August 5, 2021, at 9:30 a.m., or as soon thereafter as this matter may be heard in Courtroom 4 of the above entitled Court, Plaintiffs, MONICA STERLING, individually and as Successor in Interest to the Estate of Esther Soliz, deceased, SYLVIA JONES and LOUIS SOLIZ will move, and hereby do move, this Court for an Order to Remand this action to the Tulare County Superior Court.

This Motion is made pursuant to 28 U.S.C. § 1447(c), because this Court lacks subject matter jurisdiction and no other basis for federal jurisdiction exists.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities served and filed herewith, the Proposed Order, all records and papers on file in this action, and any other evidence the Court may consider in ruling on this Motion.

This Motion follows meet and confer efforts, including emails and a telephone call between counsel regarding jurisdiction and the Plaintiffs' intent to seek remand of this action. Accordingly, moving parties have complied with the Court's Standing Order to meet and confer. (Doc. 2-1.)

Dated: July 1, 2021

BARADAT & PABOOJIAN, INC.

By: /s/ Warren R. Paboojian
Warren R. Paboojian
Jason S. Bell
Attorneys for Plaintiffs
MONICA STERLING, individually
and as Successor in Interest to the
Estate of Esther Soliz, deceased;
SYLVIA JONES; and LOUIS SOLIZ