1  Warren R. Paboojian, No. 128462
   wrp@bplaw-inc.com
2  Jason S. Bell, No. 213234
   jsb@bplaw-inc.com
3  BARADAT & PABOOJIAN, INC.
   720 West Alluvial Avenue
4  Fresno, California 93711
   Telephone: (559) 431-5366
5  Facsimile: (559) 431-1702

6  Attorneys for Plaintiffs
   MONICA STERLING, individually
7  and as Successor in Interest to the
   Estate of Esther Soliz, deceased;
8  SYLVIA JONES; and LOUIS SOLIZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA STERLING, individually and as Successor in Interest to the Estate of Esther Soliz, deceased; SYLVIA JONES; and LOUIS SOLIZ,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>REDWOOD SPRINGS HEALTHCARE CENTER; SPRUCE HOLDINGS, LLC; RICHARD SOLIZ (PURSUANT TO CCP §382); THERESA RUSSELL (PURSUANT TO CCP §382) ; ANGELA HERNANDEZ (PURSUANT TO CCP §382) and DOES 1 to 50, inclusive,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00872-NONE-SKO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND**<br><br>**HEARING:**<br><br>**DATE**: August 5, 2021<br>**TIME**: 9:30 a.m.<br>**COURTROOM**: 4 |

　　　Upon consideration of the papers filed by the parties, the Court finds that:

　　　1.　Defendants have failed to carry their burden of establishing that the case is removable under the Federal Officer removal statute (28 U.S.C. § 1442(a)(1)).

　　　2.　Defendants have also failed to carry their burden of proving that the case is removable pursuant to the Public Readiness and Emergency Preparedness Act, 42 U.S.C. §§ 247d-6d, 247d-6e (West

///

2020) (hereinafter the "PREP Act").  The Court finds there is no "federal question" subject matter jurisdiction in this Court (28 U.S.C. § 1331).

3. The Court declines to exercise jurisdiction over the case as an "important federal question."

IT IS HEREBY ORDERED that this action is immediately remanded to the Superior Court of the State of California, City and County of Tulare, where the action was originally filed as Case No. 286688.

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE