William C. Wilson, SBN: 149683
bwilson@wilsongetty.com
Ryan G. Canavan, SBN: 313990
rcanavan@wilsongetty.com
Kim S. Cruz, SBN: 177406
kcruz@wilsongetty.com
Evan J. Topol, SBN: 274932
etopol@wilsongetty.com
WILSON GETTY LLP
12555 High Bluff Drive, Suite 270
San Diego, California 92130
Telephone:    858.847.3237
Facsimile:    858.847.3365

Attorneys for Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER (erroneously sued and served as REDWOOD SPRINGS HEALTHCARE CENTER and SPRUCE HOLDINGS, LLC)

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA STERLING, individually and as Successor in Interest to the Estate of Esther Soliz, deceased; SYLVIA JONES; and LOUIS SOLIZ,<br><br>Plaintiffs,<br><br>vs.<br><br>REDWOOD SPRINGS HEALTHCARE CENTER; SPRUCE HOLDINGS, LLC; RICHARD SOLIZ (PURSUANT TO CCP §382); THERESA RUSSELL (PURSUANT TO CCP §382); ANGELA HERNANDEZ (PURSUANT TO CCP §382) and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 1:21−CV−00872−NONE−SKO<br><br>[Removal from Superior Court of California, County of Tulare Case No. VCU286688]<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>United States Magistrate Judge:  Sheila K. Oberto<br><br>Current response date: November 30, 2021 |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER ("Defendant"), and Plaintiffs, MONICA STERLING, individually and as Successor in Interest to the Estate of Esther Soliz, deceased; SYLVIA JONES; and LOUIS SOLIZ ("Plaintiffs"), hereby stipulate pursuant to Local Rule 144(a), to extend the time for Defendant to answer or otherwise respond to Plaintiffs' Complaint  10 days following the Court's issuance of a ruling on Plaintiff's Motion to

1  Remand, which a written decision will be issued as soon as is practicable in light of the Court's
2  extraordinarily heavy caseload.   This Stipulation is based on the following:
3      1.   Defendant, SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE
4  CENTER was served with the Complaint on April 30, 2021.
5      2.   On June 1, 2021, Defendant removed the action to this Court pursuant to 28 U.S.C. §§
6  1331, 1442, 1442, and 1446.
7      3.   Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, Defendant's responsive
8  pleading, including a Motion to Dismiss pursuant to Federal Rule of Civil Procedure Rule 12(b)(6) and
9  Motion to Strike pursuant to Federal Rule of Civil Procedure 12(f), was initially due on June 8, 2021.
10     4.   Thereafter, pursuant to Local Rule 144(a), the parties stipulated to extend the time for
11 Defendants to file and serve a response to Plaintiffs' Complaint due on or before November 30, 2021.
12     5.   On July 1, 2021, Plaintiffs filed their Motion to Remand the case, which was set for
13 hearing on August 5, 2021. On July 6, 2021, United States District Judge Dale A. Drozd issued a minute
14 order informing the parties no hearing will be calendared, and the matter will be decided on the papers.
15 A written decision will issue as soon as is practicable in light of the Court's extraordinarily heavy
16 caseload.
17     6.   On November 10, 2021, United States District Judge Dale A. Drozd issued an order to
18 Show Cause why this matter should not be stayed until the Ninth Circuit issues its decision in *Saldana v.*
19 *Glenhaven Healthcare LLC*, No. 20-56194 and it is anticipated the case will be so stayed, in accordance with
20 this order.
21     7.   In the interests of judicial economy and to preserve the resources of the parties and the
22 Court, the parties hereby agree and stipulate that the Court should rule on Plaintiffs' Motion to Remand
23 before Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER,
24 responds to the Complaint via an Answer or Motions to Dismiss and Motions to Strike.
25     8.   The parties further agree and stipulate that Defendant SPRUCE HOLDINGS, LLC dba
26 REDWOOD SPRINGS HEALTHCARE CENTER's time to answer or otherwise respond to the
27
28

Complaint shall be extended and the response due ten days following the Court's issuance of its ruling on Plaintiffs' Motion to Remand.

9. As set forth above, there has been one prior extension of time for Defendant, SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER, to file a response or motion in response to Plaintiffs' Complaint.

10. The parties acknowledge that in entering this stipulation Plaintiffs in no way accede to this Court's subject matter jurisdiction or waive any arguments that can or will be brought in support of a motion for remand.

Dated: 11/24/2021                    BARADAT & PABOOJIAN, INC.

By: /S/ Warren R. Paboojian
    Warren R. Paboojian, Esq.
    Jason S. Bell, Esq.

MONICA STERLING, individually and as Successor in Interest to the Estate of Esther Soliz, deceased; SYLVIA JONES; and LOUIS SOLIZ

Dated: 11/24/2021                    WILSON GETTY LLP

By: /s/ Evan J. Topol
    William C. Wilson
    Ryan G. Canavan
    Kim S. Cruz
    Evan J. Topol

Attorneys for Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER (erroneously sued and served as REDWOOD SPRINGS HEALTHCARE CENTER and SPRUCE HOLDINGS, LLC)

-3-

*Monica Sterling, individually and as SII to the Estate of Esther Soliz, et al. v. Redwood Springs Healthcare Center, et al.*
**United States District Court, Eastern District of California**
Case No. 1:21−CV−00872−NONE−SKO
\*\*\*
**PROOF OF SERVICE**

I am employed in San Diego County. I am over the age of 18 and not a party to this action. My business address is 12555 High Bluff Drive, Suite 270, San Diego, California 92130.

On **November 24, 2021**, I served the foregoing documents, described in this action as:

- **SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT**

addressed as follows:

> Warren R. Paboojian, Esq.
> Jason S. Bell, Esq.
> Baradat & Paboojian, Inc.
> 720 West Alluvial Avenue
> Fresno, CA 93711
> T: 559.431.5366
> F: 559.431.1702
> Email: wrp@bplaw-inc.com
> Email: jsb@bplaw-inc.com
> *Counsel for Plaintiffs*

**[X]   By CM/ECF ELECTRONIC DELIVERY:**   In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cacd.uscourts.gov.

**[X]   STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **November 24, 2021** at San Diego, California.

*F. Villalpando*
Felicia Villalpando

**PROOF OF SERVICE**