UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA STERLING, individually and as Successor in Interest to the Estate of Esther Soliz, deceased; SYLVIA JONES; and LOUIS SOLIZ,<br><br>Plaintiffs,<br><br>vs.<br><br>REDWOOD SPRINGS HEALTHCARE CENTER; SPRUCE HOLDINGS, LLC; RICHARD SOLIZ (PURSUANT TO CCP §382); THERESA RUSSELL (PURSUANT TO CCP §382); ANGELA HERNANDEZ (PURSUANT TO CCP §382) and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 1:21−CV−00872−NONE−SKO<br><br>[Removal from Superior Court of California, County of Tulare Case No. VCU286688]<br><br>**[PROPOSED] ORDER ON SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>United States Magistrate Judge: Sheila K. Oberto<br><br>Current response date: November 30, 2021 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Pursuant to the Stipulation between Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER ("Defendant"), and Plaintiffs, MONICA STERLING, individually and as Successor in Interest to the Estate of Esther Soliz, deceased; SYLVIA JONES; and LOUIS SOLIZ ("Plaintiffs"), to extend the time for Defendant to answer or otherwise respond to Plaintiffs' Complaint:

IT IS HEREBY ORDERED:

In the interests of judicial economy and to preserve the resources of the parties and the Court, Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER'S time to answer or otherwise respond to the complaint shall be extended from the current due date of November 30, 2021 to ten days following the Court's issuance of its ruling on Plaintiffs' Motion to Remand, which a written decision will be issued as soon as is practicable in light of the Court's extraordinarily heavy caseload

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Sheila K. Oberto
United States Magistrate Court Judge